April 14th, 2025

In re: New filing

Dear Clerk,

Enclosed for filing is a Verified Petition for Writ of Habeas Corpus under 28 USC § 2241, Request for Expedited Consideration, Motion for Appointment of Counsel.

Please do not hesitate to contact me at bparviz@collin.edu or (972) 375-1202 to coordinate payment or if you have any questions. As always, thank you for all your help and Happy Holidays.

Respectfully,

Mahsa Parviz