**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 25-cv-22094-ALTMAN**

**MAHSA PARVIZ**,

      *Petitioner*,

*v.*

**SAMANTHA SERRANO, WARDEN**
**OF FEDERAL DETENTION**
**CENTER MIAMI and WILLIAM**
**LOTHROP, III, DIRECTOR OF**
**FEDERAL BUREAU OF PRISONS**,

      *Respondents.*

_____/

## ORDER

In her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Mahsa Parviz challenges the Bureau of Prisons' alleged failure to properly calculate and apply her earned time credits to her federal sentence. *See* Petition [ECF No. 1] at 2. But we cannot adjudicate Parviz's Petition until she's *either* paid the Clerk's filing fee of $5.00 *or* submitted a motion to proceed *in forma pauperis* under Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts.[1] We thus **ORDER AND ADJUDGE** as follows:

1.    By **June 6, 2025**, the Petitioner shall either pay the Clerk's filing fee of $5.00 or, in the alternative, file a motion to proceed *in forma pauperis* ("IFP motion"). If she files an IFP motion, she must include a supporting financial affidavit *and* her six-month account statement in accordance with Rule 3(a) of the Rules Governing § 2254 Proceedings in the District Courts. The Clerk is **INSTRUCTED** to provide the Petitioner with a copy of our "Application to Proceed in District Court Without Prepaying Fees or Costs (Long Form)."

2.    If the filing fee is paid, the check or money order must bear the case number so the fee will be docketed in the correct case.

---

[1] "The district court may apply [the Rules Governing Section 2254 Cases] to a [section 2241] habeas corpus petition[.]" Rule 1(b), Rules Governing Section 2254 Cases (cleaned up).

3.       The Petitioner is cautioned that failure to comply with this Order may result in dismissal of this case without further notice.

4.       The Clerk shall administratively **CLOSE** the case.

**DONE AND ORDERED** in the Southern District of Florida on May 7, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:      Mahsa Parviz, *pro se*

2