UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 25-cv-22094-ALTMAN

**MAHSA PARVIZ**,

    *Petitioner*,

v.

**SAMANTHA SERRANO, WARDEN OF FEDERAL DETENTION CENTER MIAMI and WILLIAM LOTHROP, III, DIRECTOR OF FEDERAL BUREAU OF PRISONS**,

    *Respondents*.

_____/

## **ORDER**

In her Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241, Mahsa Parviz challenges the Bureau of Prisons' alleged failure to properly calculate and apply her earned time credits to her federal sentence. *See* Petition [ECF No. 1] at 2. We therefore **ORDER AND ADJUDGE** as follows:

1. Assuming that counsel for the Government ("the Respondent") has not already done so, within **three (3) days** from the date of this Order, the Respondent shall file a written Notice, which shall provide:

> a) the name and address of the attorney within the United States Attorney's Office to whom this case has been assigned; and
>
> b) documentation showing that this attorney has requested any records that might be relevant to the Petitioner's claims.

2. By **June 12, 2025**, the Respondent shall file a Response Memorandum of fact and law, explaining *exactly* why the Petition should not be granted. The Response Memorandum must address all procedural and merits-based issues pertinent to the Petitioner's claim(s). In doing so, the Response Memorandum must be accompanied by a comprehensive appendix, which shall include copies of all

relevant exhibits. The Respondent shall file the Response, the appendix, and its exhibits simultaneously. If the Respondent can't do this simultaneously, then it shall file a Motion for Extension of Time, in which it shall explain precisely why an extension is necessary.

3.  Indeed, *any* motion for an extension of time must explain precisely why the extension is necessary. So, for instance, any motion seeking an extension of time on the ground that the Respondent was unable to procure the necessary immigration records must document both (1) the Respondent's timely request for the documents and (2) the relevant court's explanation as to why the records are missing. Any such motion must also set forth the day on which the Respondent *expects* to receive such records.

4.  The Respondent must give the Petitioner complete copies of *any* documents it filed in support of its Response.

5.  The Petitioner need not file a Reply. But, if the Petitioner does reply, the Petitioner must do so within **seven (7) days** from the day on which the Respondent filed its Response. Any reply must comply with the Local Rules for the Southern District of Florida and may not exceed **ten (10) pages** in length.

6.  The Clerk shall **REOPEN** the case.

**DONE AND ORDERED** in the Southern District of Florida on May 13, 2025.

_____
**ROY K. ALTMAN**
**UNITED STATES DISTRICT JUDGE**

cc:   Mahsa Parviz, *pro se*

   Noticing 2241/Bivens U.S. Attorney
   Email: usafls-2255@usdoj.gov