July 27th, 2025

In re: 1:25-cv-22094-RKA; EMERGENCY NOTICE

FILED BY ___ D.C.
AUG - 1 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

SCANNED

Dear Clerk,

I've had issues contacting opposing counsel & have received returned mail at her physical address of record. I am therefore requesting permission to serve opposing counsel with correspondence and other notices or filings through the Clerk by mail via USPS first class mail to be served on opposing counsel via CM/ECF.

My emergency notice is to inform opposing counsel & the Court that around 10:30 AM on Tuesday, July 22, 2025, I was violently raped by a male SHU inmate who entered my unsecured holding cell (on camera) with a cable. I was hospitalized at Jackson Health System from July 22 to July 23rd

and the FBI is investigating staff negligence.

I'd like to schedule an emergency conference call with FDC Miami, wherein I am presently housed in general population and AUSA Susan Osborne to discuss why I've been held past my release date, and past my home confinement date of July 3, 2025 (without adjustment for ~~last~~ time credits.)

Alternatively, I am requesting Court intervention ~~to~~ facilitate a conference call to expedite issues with my release.

Respectfully,

DATE: July 24th, 2025

MAHSA PARVIZ

Mahsa Parvis (#596528)
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

US (_____)
ATTN: CLERK (Julie ~ 1:25-2204-RKA)
400 N. Miami Ave. #8
Miami, FL 33128

REC'D BY _____ D.C.
AUG - 1 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI