UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 1:25-cv-22094-RKA

FILED BY ISH D.C.
AUG 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

MAHSA PARVIZ,
  Petitioner,

v.

FEDERAL DETENTION CENTER MIAMI, et al.,
  Respondents.

## DECLARATION OF MAHSA PARVIZ

My name is Dr. Mahsa Parviz and I hereby swear under penalty of perjury of the laws of the State of Florida and the United States of America that the following facts are true and correct and within my personal knowledge:

1. I am the Petitioner for Writ of Habeas Corpus under 28 USC § 2241 in the above-numbered cause.

2. I mailed the original Declaration of DonMichael Barbour, Esq., for filing in paper-form with the Clerk of Court on or about July 2, 2025, but it has not yet been docketed in this cause.

3. The June 24, 2025 Declaration of DonMichael Barbour, Esq. supports the merits of my habeas petition and also supports my position that I had properly exhausted the available administrative remedies while at FDC SeaTac, making the petition ripe for adjudication on the merits.

4. Attached hereto as 'EXHIBIT A' and fully incorporated as though set forth at length is a true and correct copy of the contents of the June 24, 2025, DECLARATION OF DON MICHAEL BARBOUR, ESQ., which I am respectfully requesting the Court consider in order to satisfy my burden of establishing APA exhaustion. Attorney Barbour can be reached at (832) 607-9879 or DonMichael@BravoTeamLaw.com to verify all matters presently before this Court.

EXECUTED ON THIS 25th DAY OF JULY, 2025 AT MIAMI, FLORIDA

MAHSA PARVIZ

*[signature]*

MAHSA PARVIZ
c/o FDC Miami (#54652509)
P.O. BOX 019120
Miami, FL 33101

Petitioner

TRULINCS 84289510 - CALLAHAN, CATHLENE CECILE - Unit: MIM-A-E

---

FROM: 84289510
TO: Allen Smith, Ashley J; D, S
SUBJECT: donmichael@bravoteamlaw.com
DATE: 06/24/2025 01:29:36 PM

-----

## DECLARATION OF DONMICHAEL BARBOUR, ESQ.

My name is DonMichael Barbour, Esq., and I hereby swear under penalty of perjury of the laws of the United States that the following facts are true and correct and within my personal knowledge:

1. I am a duly-licensed attorney at Bravo Team Law, PLLC, and am in good standing to practice law in the State of Texas.

2. I have previously worked with Mahsa Parviz while I was a prosecutor and chief of the financial crimes division for the State of Texas at Dallas County until 2018.

3. In 2022, I received information that my firm can offer mentorship programs to inmates in BOP custody under the First Step Act and BOP Program Statement 5300.21. Accordingly, I extended a 500-hour legal apprenticeship program to Ms. Parviz.

4. At the time, Ms. Parviz was housed at FDC SeaTac and the program was approved by their Education Supervisor, Ms. Nelson.

5. Ms. Parviz concurrently submitted a Petition to the Warden for Application of her Earned FSA Time Credits, which was approved by FDC SeaTac Warden Israel Jacquez.

6. Ms. Parviz completed her legal apprenticeship on 12/31/2024 and our firm has extended a position to her upon release if she complies with all terms of release.

7. This declaration is made in support of Mahsa Parviz's habeas petition in Cause No. 1:25-cv-22094-RKA in the Southern District of Florida U.S. District Court. If called upon, I am willing and able to competently testify as to the facts herein.

EXECUTED ON THIS 24TH DAY OF JUNE, 2025, AT KILEEN, TEXAS.

                                                     /s/ DonMichael Barbour
                                                     DONMICHAEL BARBOUR

Mahsa Parviz #546S2809
c/o FDC Miami
P.O. Box 019120
Miami, FL 33101

MIAMI FL 330
8 AUG 2025 PM 2 L

REC'D BY _____ D.C.
AUG 12 2025
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

Federal Courthouse
Attn: Clerk (file Declarations in 1:25-cv-22094-RKA #8
400 N. Miami Ave
Miami, FL 33128

Encl.: 7/25/25 Declaration of Mahsa Parviz
& 6/24/25 Declaration of Don Michael Barbour, Esq.